IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY LLOYD HOWARD,

    Plaintiff,               No. 2:12-cv-1336 GGH P

    vs.

BARBARA WHITSON, et al.,

    Defendants.        <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis. He appears to seek relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). This case is before the undersigned pursuant to plaintiff's consent. Doc. 4.

       Plaintiff's complaint was dismissed with one final opportunity to amend within twenty-eight days on August 13, 2012. Plaintiff has not filed an amended complaint though on August 20, 2012, plaintiff filed a request for status stating he had not received any orders from the court. Therefore, plaintiff will be granted 14 days from the date of service of this order to file an amended complaint.

\\\\\

\\\\\

1

1 In accordance with the above, IT IS HEREBY ORDERED that plaintiff will be
2 granted 14 days from the date of service of this order to file an amended complaint.
3 DATED: October 3, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
howa1336.ord